In the Matter of the Application of Margaret C. Conklin, Appellant, as an Heir at Law and Next of Kin of the Decedent Herein, to Open the Proceedings Heretofore Had Herein, to Require the Filing of a Bond by the Administrators, to Compel the Return of an Inventory and to Compel the Judicial Settlement of the Accounts of Isaac A. Tuttle and Theodore M. Tuttle, as Administrators, etc., of William H. Tuttle, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: Upon the record

presented, are the children of William H. Tuttle and Sarah Osborne conext of kin with the respondents, the brothers of said William H. Tuttle, and should prayer of the petition herein have been granted? Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.